■
### Brian EVANS, Movant/Appellant,

### v.

### STATE of Missouri, Respondent/Respondent.

### No. ED 102624

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 15, 2016

Kevin B. Gau, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Robert J. Bartholomew, Jr., P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

### *ORDER*

### PER CURIAM

Brian Evans appeals from the motion court's denial, following an evidentiary hearing, of his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the

1. All rule references are to Mo. R. Crim. P. 2013, unless otherwise indicated.

motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).